James G. BENNETT et al., Appellants, v. CITY ICE COMPANY OF KANSAS CITY, a Corporation.

No. 13220.

Circuit Court of Appeals, Eighth Circuit.

Dec. 11, 1945.

Henderson, Swofford, Jackson & Shankland, of Kansas City Mo., and Stanley, Stanley, Schroeder, Weeks & Thomas, of Kansas City, Kan., for appellants.

Patterson, Chastain & Smith, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation of parties.

---

Chester BOWLES, Administrator, Office of Price Administration, v. R. W. BURDEN, d/b/a Palace Cleaners, Economy Cleaners and Vann's Cleaners.

No. 3252.

Circuit Court of Appeals, Tenth Circuit.

Jan. 11, 1946.

Milton Klein, Director, Litigation Division, and David London, Chief, Appellate Branch, and George Moncharsh, Deputy Administrator for Enforcement, Office of Price Administration, all of Washington, D. C., Robert F. Proctor, Regional Litigation Atty., Office of Price Administration, of Dallas Tex., and John J. D. Cobb, District Enforcement Atty., Office of Price Administration, of Oklahoma City, Okl., for appellant.

Carl H. Livingston and Hobart Brown, both of Tulsa, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

---

William BRUNSKY et al., Appellants, v. KANSAS CITY ICE COMPANY, a Corporation.

No. 13221.

Circuit Court of Appeals, Eighth Circuit.

Dec. 11, 1945.

Henderson, Swofford, Jackson & Shankland, of Kansas City, Mo., and Stanley, Stanley, Schroeder, Weeks & Thomas, of Kansas City, Kan., for appellants.

Patterson, Chastain & Smith, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation of parties.

---

Hazel J. BURNS, Appellant, v. CLEVELAND CONTAINER COMPANY and Willard F. Walker, Appellees.

No. 10015.

Circuit Court of Appeals, Sixth Circuit.

Nov. 5, 1945.

Bates, Teare & McBean, of Cleveland, Ohio, for appellant.

Baker, Hostetler & Patterson, William E. Chilton, and Charles S. Wachner, all of Cleveland, Ohio, for appellees.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of record, briefs and arguments of counsel, and it appearing to the court that there was no error in the order of the District Court entered January 22, 1945, dismissing appellant's case, it is therefore ordered and adjudged that the order appealed from be and is in all things affirmed.